# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANA LUISA MEDINA ALAMO

XXX-XX-8008

Debtor(s)

CASE NO. 10-04611 ESL

Chapter 13

FILED & ENTERED ON 11/09/2010

## ORDER CONFIRMING AMENDED PLAN

This case is before the Court on debtor(s)' motion under 11 USC §1329 to confirm the amended plan dated 10/13/2010 (docket entry # 18). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor(s)' motion.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 09 day of November, 2010.

/s/ Enrique S. Lamoutte Inclan
Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
    ROBERTO FIGUEROA CARRASQUILLO
    ALEJANDRO OLIVERAS RIVERA