# UNITED STATES BANKRUPTCY COURT
# DISTRICT 1

In re:  
    ANA LUISA MEDINA ALAMO

Debtor(s)

Case No. 10-04611-ESL

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/28/2010.

2) The plan was confirmed on 07/22/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/09/2010, 10/17/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/04/2015.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $28,750.00.

10) Amount of unsecured claims discharged without payment: $9,341.47.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $15,000.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $15,000.00

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,929.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,044.65 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,973.65

Attorney fees paid and disclosed by debtor: $71.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASOC DE RESIDENTES URB EL ENCA | Secured | 4,624.88 | 0.00 | 3,966.18 | 3,966.18 | 0.00 |
| BANCO POPULAR DE PUERTO RICO | Secured | 99,085.00 | NA | 98,525.23 | 0.00 | 0.00 |
| BANCO POPULAR DE PUERTO RICO | Secured | 0.00 | NA | 150.00 | 150.00 | 0.00 |
| FIRST BANK PUERTO RICO | Unsecured | NA | 0.00 | 4,940.02 | 2,100.50 | 0.00 |
| GE MONEY BANK | Unsecured | 232.00 | 0.00 | 127.79 | 54.36 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,558.00 | NA | 1,883.90 | 801.02 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 5,967.00 | 0.00 | 7,717.08 | 3,281.32 | 0.00 |
| VANDA LLC | Unsecured | 1,430.00 | NA | 1,430.33 | 608.15 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Unsecured | 0.00 | 0.00 | 152.52 | 64.82 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $150.00 | $150.00 | $0.00 |
|    Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|    All Other Secured | $102,491.41 | $3,966.18 | $0.00 |
| **TOTAL SECURED:** | **$102,641.41** | **$4,116.18** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,251.64** | **$6,910.17** | **$0.00** |

| Disbursements: | |
|---|---|
|    Expenses of Administration | $3,973.65 |
|    Disbursements to Creditors | $11,026.35 |
| **TOTAL DISBURSEMENTS:** | **$15,000.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/31/2015          By: /s/ ALEJANDRO OLIVERAS RIVERA
                                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

10-04611-ESL                                    CERTIFICATE OF MAILING
--------------------------------------------------------------------------------------------
The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

ANA LUISA MEDINA ALAMO
URB DELGADO
G 11 CALLE 4
CAGUAS, PR  00725

BANCO POPULAR DE PUERTO RICO
MORTGAGE SERVICE DEPT 761
PO BOX 362708
SAN JUAN, PR  00936-2708

FIRST BANK PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 9146
SAN JUAN, PR  00908-0146

FRANCISCO FERNANDEZ CHIQUES
PO BOX 9749
SAN JUAN, PR  00908

GE MONEY BANK
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 960061
ORLANDO, FL  32896-0661

ASOC DE RESIDENTES URB EL ENCANTO
CORP
PO BOX 4069
BAYAMON, PR  00958-1069

RECOVERY MANAGEMENT SYSTEM CORP.
C/O RAMESH SINGH
25 S.E. 2ND AVENUE,SUITE 1120
MIAMI, FL  33131-1605

VATIV RECOVERY SOLUTIONS LLC
AS AGENT FOR PALISADES COLLECTION
PO BOX 40728
HOUSTON, TX  77240-0728

VANDA LLC
C/O WEINSTEIN &  RILEY PS
2001 WESTERN AVE STE 400
SEATTLE, WA  98121

BANCO POPULAR DE PR
MARTINEZ & TORRES LAW OFFICES
PO BOX 192938
SAN JUAN, PR  00919-2938

**UST Form 101-13-FR-S (09/01/2009)**

MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON, TX  77210-4457

VANDA LLC
C/O WEINSTEIN &  RILEY PS
PO BOX 3978
SEATTLE, WA  98124

MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 268941
OKLAHOMA CITY, OK  73126-8941

|  |  |
|---|---|
| DATED:   July 31, 2015 | S/JUAN RIVERA<br>OFFICE OF THE CHAPTER 13 TRUSTEE |

**UST Form 101-13-FR-S (09/01/2009)**