IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 14-06140 ESL |
| VILMA IRIS RIOS ORTEGA | * | CHAPTER 7 |
| DEBTOR | * | |

**DEBTOR'S NOTICE OF FILING OF *AMENDED SCHEDULES "A/B" and "C"*
OFFICIAL FORMS 106A/B and 106C**

**TO THE HONORABLE COURT:**

**COMES NOW, VILMA IRIS RIOS ORTEGA**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is hereby submitting *Amended Schedules "A/B" and "C"* dated July 03, 2018, herewith and attached to this motion.

2. The amendment to Schedule "A/B" is filed to **include a new checking account with FirstBank PR, a disaster relief ($2,803.56) received from FEMA, and disaster insurance proceeds (MAPFRE) received by the Debtor for structural damages to the Debtor's residential real property suffered from the passage of hurricane Maria through Puerto Rico, and Schedule "C" is filed to claim the appropriate exemption, in the above captioned case.**

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**
**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 03rd day of July, 2018.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Fill in this information to identify your case and this filing:

Debtor 1: **VILMA IRIS RIOS ORTEGA**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number: 3:14-bk-6140

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1

156 JOSE DE DIEGO St APT 9 VILLA VICTORI
Street address, if available, or other description

CIDRA    PR    00739-3251
City     State  ZIP Code

County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$98,674.82**

Current value of the portion you own? **$98,674.82**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**FEE SIMPLE**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

Debtor owns a real property, apartment located at Condominio Villa Victoria 156 Jose De DiegoStreet Apartment 9 Cidra, Puerto Rico. This property consists of: 2 bedrooms, 1 bathroom, living & dining room, kitchen.

This residential real property suffered severe structural damages due to the passage of hurricane Maria through Puerto Rico (09/20/2017) and on March 27/2018 the Debtor received insurance proceeds in the sum of $20,756.82 to cover said apartment damages, the Debtor is claiming a homestead exemption in the insurance proceeds resulting from this hurricane disaster loss.

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................=>  **$98,674.82**

### Part 2: Describe Your Vehicles

Debtor 1  RIOS ORTEGA, VILMA IRIS                              Case number (if known)  3:14-bk-6140

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1 Make: _____
   Model: _____
   Year: _____
   Approximate mileage: _____
   Other information:

   ```
   2005 Hyundai Tucson
   Vin#: KM8JM12B25U144870
   Mileage: 70,900
   ```

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property?   $2,977.00
   Current value of the portion you own?   $2,977.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here......................................................=>   $2,977.00

**Part 3: Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?   Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Misc Household Goods and Furnishings |    $6,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

Official Form 106A/B                        Schedule A/B: Property                        page 2

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1   RIOS ORTEGA, VILMA IRIS                                   Case number (if known)   3:14-bk-6140

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....
    | Clothes and personal effects | $800.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. Any other personal and household items you did not already list, including any health aids you did not list
    ☐ No
    ■ Yes. Give specific information.....
    | Jewelry | $1,500.00 |

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ......................................................................    $8,300.00

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes..............

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................                    Institution name:

    17.1.  Checking Account    Scotiabank
                                Checking Account x3158                                      $1.00

    17.2.                       Coop A/C Caguas Coop
                                Saving/Shares
                                X962-2                                                    $104.28

    17.3.                       Banco Popular De PR (BPPR) Account #
                                x1485; This account pertains to debtor's
                                daughter who is an employee of BPPR; this
                                is a reserve account for bank employees and
                                the debtor appears as a Joint account holder
                                for "duly authorized signature" purposes
                                only; The Debtors daughter deleted the
                                Debtor's name from this account after the
                                bankruptcy petition was filed.                              $1.00

    17.4.  Checking Account    BPPR Checking Account x3034                                 $751.68

Official Form 106A/B                    Schedule A/B: Property                                page 3
Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1  RIOS ORTEGA, VILMA IRIS                      Case number (if known) 3:14-bk-6140

| | | |
|---|---|---|
| 17.5. Checking Account | FirstBank PR<br>Checking Account x0849<br>Balance from disaster insurance proceeds paid by MAPFRE (03/27/2018) to cover structural damages to the Debtor's residential real property. | $10,808.01 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................       Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them..................
           Name of entity:                                         % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
           Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
           Type of account:            Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                                    Current value of the portion you own?
                                                                       Do not deduct secured claims or exemptions.

Official Form 106A/B                       Schedule A/B: Property                              page 4
Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1    RIOS ORTEGA, VILMA IRIS        Case number *(if known)*   3:14-bk-6140

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes. Give specific information..

    On March 27/2018 Insurance Company MAPFRE paid the Debtor a claim for damages to the Debtor's residential real property due to the passage of hurricane Maria through Puerto Rico; MAPFRE paid the sum of $20,756.82 to the Debtor and mortgage holder Banco Popular de PR ("BPPR"); BPPR endorsed the disaster claim payment check and the Debtor deposited the monies in her BPPR account; actually, part of the balance of these monies is deposited at the FirstBank PR Checking Acct #0849 $10808.01 ($20756.82 - 10808.01 = 9,948.81)      $9,948.81

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | FEMA Disaster Claim proceeds (March 08, 2018; to cover personal property loss and residential lease payment) | Vilma Iris Rios Ortega | $2,803.56 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...............................................................................................     $24,418.34

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Debtor 1 **RIOS ORTEGA, VILMA IRIS**          Case number *(if known)* **3:14-bk-6140**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ■ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ■ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ■ No
    - ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ........................    **$0.00**

### Part 8: List the Totals of Each Part of this Form

| | | |
|---|---:|---:|
| 55. **Part 1:** Total real estate, line 2 | | $98,674.82 |
| 56. **Part 2:** Total vehicles, line 5 | $2,977.00 | |
| 57. **Part 3:** Total personal and household items, line 15 | $8,300.00 | |
| 58. **Part 4:** Total financial assets, line 36 | $24,418.34 | |
| 59. **Part 5:** Total business-related property, line 45 | $0.00 | |
| 60. **Part 6:** Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. **Part 7:** Total other property not listed, line 54 | + $0.00 | |
| 62. **Total personal property.** Add lines 56 through 61... | $35,695.34    Copy personal property total | $35,695.34 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $134,370.16 |

Fill in this information to identify your case:

Debtor 1: **VILMA IRIS RIOS ORTEGA**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): 3:14-bk-6140

■ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt 4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own — Copy the value from Schedule A/B | Amount of the exemption you claim — Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **156 JOSE DE DIEGO St APT 9 VILLA VICTORI CIDRA PR, 00739-3251** <br> Line from *Schedule A/B*: **1.1** | $98,674.82 | ■ $20,756.82 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| **2005 Hyundai Tucson** <br> Vin#: KM8JM12B25U144870 <br> Mileage: 70,900 <br> Line from *Schedule A/B*: **3.1** | $2,977.00 | ■ $2,977.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| **Misc Household Goods and Furnishings** <br> Line from *Schedule A/B*: **6.1** | $6,000.00 | ■ $6,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Clothes and personal effects** <br> Line from *Schedule A/B*: **11.1** | $800.00 | ■ $800.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Jewelry** <br> Line from *Schedule A/B*: **14.1** | $1,500.00 | ■ $1,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| BPPR Checking Account x3034<br>Line from Schedule A/B: **17.4** | $751.68 | ■ $751.68<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| FirstBank PR<br>Checking Account x0849<br>Balance from disaster insurance proceeds paid by MAPFRE (03/27/2018) to cover structural damages to the Debtor's residential real property.<br>Line from Schedule A/B: **17.5** | $10,808.01 | ■ $1,551.19<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| FirstBank PR<br>Checking Account x0849<br>Balance from disaster insurance proceeds paid by MAPFRE (03/27/2018) to cover structural damages to the Debtor's residential real property.<br>Line from Schedule A/B: **17.5** | $10,808.01 | ■ $498.30<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| On March 27/2018 Insurance Company MAPFRE paid the Debtor a claim for damages to the Debtor's residential real property due to the passage of hurricane Maria through Puerto Rico; MAPFRE paid the sum of $20,756.82 to the Debtor and mortgage holder Banco Pop<br>Line from Schedule A/B: **30.1** | $9,948.81 | ■ $9,948.81<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| FEMA Disaster Claim proceeds (March 08, 2018; to cover personal property loss and residential lease payment)<br>Line from Schedule A/B: **31.1** | $2,803.56 | ■ $2,803.56<br>☐ 100% of fair market value, up to any applicable statutory limit | 44CFR 206.110 |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Fill in this information to identify your case:

Debtor 1: **VILMA IRIS RIOS ORTEGA**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse if, filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number: **3:14-bk-6140**
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X *Vilma Iris Rios Ortega*         X _____
**VILMA IRIS RIOS ORTEGA**          Signature of Debtor 2
Signature of Debtor 1

Date **July 3, 2018**                 Date _____

```
Label Matrix for local noticing          Altair OH XIII, LLC                      BANCO POPULAR DE PUERTO RICO
0104-3                                   c/o Weinstein & Riley, P.S.              COLON SANTANA & ASOCIADOS CSP
Case 14-06140-ESL7                       2001 Western Ave., Ste. 400              315 COLL & TOSTE
District of Puerto Rico                  Seattle, WA 98121-3132                   SAN JUAN, PR 00918-4026
Old San Juan
Tue Jul  3 14:26:45 AST 2018

PRA RECEIVABLE MANAGEMENT LLC            UNITED STATES TRUSTEE                    US Bankruptcy Court District of P.R.
POB 41067                                500 TANCA ST STE 301                     Jose V Toledo Fed Bldg & US Courthouse
NORFOLK, VA 23541-1067                   SAN JUAN, PR 00901-1922                  300 Recinto Sur Street, Room 109
                                                                                  San Juan, PR 00901-1964


Altair OH XIII, LLC                      Anderson Fin Svc of PR d/b/a Borinquen Title    Anderson Fin Svc of PR d/b/a Borinquen Title
C/O WEINSTEIN & RILEY, PS                344 Preston Ridge Rd Ste 500             3440 Preston Ridge RD Ste 500
2001 WESTERN AVENUE, STE 400             Alpharetta GA 30005                      Alpharetta GA 30005-3823
SEATTLE, WA 98121-3132


At&t                                     Banco Popular De PR                      Banco Popular-Crline
PO Box 537104                            PO Box 366818                            PO Box 2708
Atlanta, GA  30353-7104                  San Juan, PR 00936-6818                  San Juan, PR  00936


Borinquen Title Loans                    Commonwealth Financial                   Coop Caguas
Urb Caguas Norte U-16 Calle Nebraska     245 Main St                              PO Box 1252
Caguas, PR 00725-2246                    Dickson City, PA 18519-1641              Caguas, PR 00726-1252


Dish Network                             Diversified Consultant                   EASTERN AMERICA INSURANCE CO
10550 Deerwood Pk Blvd Ste708            10550 Deerwood Park Blvd Ste 708         PO BOX 9023862
Jacksonville, FL 32256-2810              Jacksonville, FL  32256-2810             SAN JUAN, PR  00902-3862


Empresas Berrios Inc                     GE Capital Retail Bank                   Island Finance
PO Box 674                               PO Box 960061                            PO Box 71504
Cidra, PR 00739-0674                     Orlando, FL  32896-0061                  San Juan, PR 00936-8604


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     SANTANDER FINANCIAL D/B/A ISLAND FINANCE  Syncb/JCPenney PR
PO BOX 41067                             PO BOX 195369                            4125 Windward Plaza
NORFOLK VA 23541-1067                    SAN JUAN PR 00919-5369                   Alpharetta, GA 30005-8738


Syncb/Rooms To Go                        Synchrony Bank                           TRIPLE-S SALUD
PO Box 965036                            c/o Recovery Management Systems Corp     156 CALLE JOSE DE DIEGO APT. 9
Orlando, FL 32896-5036                   25 SE 2nd Ave Suite 1120                 CIDRA, PR  00739-3251
                                         Miami FL 33131-1605


Thd/Cbna                                 JOSE RAMON CARRION MORALES               MONSITA LECAROZ ARRIBAS
PO Box 6497                              CHAPTER 13 TRUSTEE                       OFFICE OF THE US TRUSTEE (UST)
Sioux Falls, SD 57117-6497               PO BOX 9023884                           OCHOA BUILDING
                                         SAN JUAN, PR 00902-3884                  500 TANCA STREET  SUITE 301
                                                                                  SAN JUAN, PR 00901
```

ROBERTO FIGUEROA CARRASQUILLO  
PO BOX 186  
CAGUAS, PR 00726-0186

VILMA IRIS RIOS ORTEGA  
VILLA VICTORIA  
156 JOSE DE DIEGO STREET APT 9  
CIDRA, PR 00739-3251

WIGBERTO LUGO MENDER  
LUGO MENDER & CO  
CENTRO INTERNACIONAL DE MERCADEO  
100 CARR 165  SUITE 501  
GUAYNABO, PR 00968-8052

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC  
PO Box 41067  
Norfolk, VA 23541

End of Label Matrix  
Mailable recipients    32  
Bypassed recipients     0  
Total                  32